**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

329 Hospitality Group LLC,

        Plaintiff,

    v.

ADP, Inc.,

        Defendant.

CIVIL ACTION NO.: 2:26-cv-05190

**NOTICE OF APPEARANCE**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for

Defendant ADP, Inc.

Dated: May 29, 2026

Respectfully submitted,

**SEYFARTH SHAW LLP**
Attorneys for Defendant

By: _____
Tracee E. Davis
620 Eighth Avenue, 32nd Floor
New York, NY 10018-1405
Phone:  (212) 218-5500
Facsimile:  (212) 218-5526
Email: tdavis@seyfarth.com