Tracee E. Davis
Attorney No.: 022821992
**SEYFARTH SHAW LLP**
620 Eighth Avenue, 32nd Floor
New York, NY 10018-1405
(212) 218-5500
(212) 218-5526

K. Scott Bays
(*Pro hac vice to be filed*)
**SEYFARTH SHAW LLP**
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
(310) 277-7200
(310) 201-5219

*Attorneys for Defendant ADP, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| 329 Hospitality Group LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>ADP, Inc.,<br><br>       Defendant. | CIVIL ACTION NO.: 2:26-cv-05190<br><br>**ADP, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ADP, Inc. states as follows:

ADP, Inc. is not a publicly traded company and is a wholly owned subsidiary of ADP Atlantic, LLC.  ADP Atlantic, LLC is not a publicly traded company and is a wholly owned subsidiary of Automatic Data Processing, Inc.  Automatic Data Processing, Inc. is a public company listed on the New York Stock Exchange under ticker symbol "ADP."  Automatic Data

Processing, Inc. further states that, as of the date hereof, no publicly held corporation owns 10% or more of the outstanding shares of Automatic Data Processing, Inc.'s stock.

Dated: May 29, 2026

Respectfully submitted,

**SEYFARTH SHAW LLP**
Attorneys for Defendant

By: _____

Tracee E. Davis
K. Scott Bays (*pro hac vice to be filed*)
620 Eighth Avenue, 32nd Floor
New York, NY 10018-1405
Phone:  (212) 218-5500
Facsimile:  (212) 218-5526
Email: tdavis@seyfarth.com
Email: ksbays@seyfarth.com

2