BROWN & CONNERY, LLP
Michael J. Miles, Esq. (ID No. 024862005)
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900

*Attorneys for Plaintiff 329 Hospitality Group LLC*

SEYFARTH SHAW LLP
Tracee E. Davis (ID No. 022821992)
tdavis@seyfarth.com
620 Eighth Avenue
32nd Floor
New York, NY 10018-1405
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

K. Scott Bays (*pro hac vice to be filed*)
ksbays@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

*Attorneys for Defendant ADP, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| 329 Hospitality Group LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADP, Inc.,<br><br>Defendant. | CIVIL ACTION NO.: 2:26-cv-05190<br><br>**STIPULATION AND APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO L. CIV. R. 6.1(b)** |

Pursuant to District of New Jersey Local Civil Rule 6.1(b), Plaintiff 329 HOSPITALITY GROUP LLC ("Plaintiff") and Defendant ADP, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and respectfully request that the time for Defendant to respond to Plaintiff's Complaint be extended by thirty (30) days, up to and including July 3, 2026. Plaintiff and Defendant represent that:

(1)    No previous extensions have been requested or obtained by either Plaintiff or Defendant in this matter;

(2)    Service of the Summons and Complaint in this matter was effected upon Defendant on May 13, 2026;

(3)    Defendant's time to answer, move, or otherwise respond to Plaintiff's Complaint currently expires on June 3, 2026, twenty-one (21) days after service of the Summons and Complaint in this matter was effected; and

(4)    The thirtieth day after June 3, 2026 is July 3, 2026.


Dated: May 29 , 2026                                   Respectfully submitted,

                                                      BROWN & CONNERY, LLP


                                                      By:  _____
                                                           Michael J. Miles

                                                      *Attorneys for Plaintiff 329 Hospitality Group LLC*


Dated: May 29 , 2026                                   Respectfully submitted,

                                                      SEYFARTH SHAW LLP


                                                      By:  _____
                                                           Tracee E. Davis

                                                      *Attorneys for Defendant ADP, Inc.*

## <u>ORDER</u>

The above application is ORDERED GRANTED and the time within which Defendant ADP, Inc. shall answer, move, or otherwise respond to Plaintiff 329 Hospitality LLC's Complaint is extended for a period of thirty (30) days, up to and including July 3, 2026, pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

**IT IS SO ORDERED.**

ORDER DATED: _____

Hon. Claire C. Cecchi
United States District Judge

3