Tracee E. Davis
Attorney No.: No. 022821992
**SEYFARTH SHAW LLP**
620 Eighth Avenue, 32nd Floor
New York, NY 10018-1405
(212) 218-5500
(212) 218-5526

K. Scott Bays
(*Pro hac vice to be filed*)
**SEYFARTH SHAW LLP**
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
(310) 277-7200
(310) 201-5219

*Attorneys for Defendant ADP, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| 329 Hospitality Group LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>ADP, Inc.,<br><br>        Defendant. | CIVIL ACTION NO.: 2:26-cv-05190<br><br>**APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO L. CIV. R. 6.1(b)** |

Pursuant to District of New Jersey Local Civil Rule 6.1(b), Defendant ADP, INC. ("Defendant"), by and through its counsel of record, hereby respectfully requests that the time for Defendant to respond to the Complaint filed by Plaintiff 329 HOSPITALITY GROUP LLC ("Plaintiff") be extended by thirty (30) days.  Because the thirtieth day – August 2, 2026 – falls on a Sunday, Defendant would have up to and including August 3, 2026 to file a response to Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 6(a)(1)(C).  Defendant represents that:

(1)    Service of the Summons and Complaint in this matter was effected upon Defendant on May 13, 2026;

(2)    Defendant's deadline to file a responsive pleading to Plaintiff's Complaint was previously extended to July 3, 2026;

(3)    Defendant and Plaintiff are engaged in good faith settlement discussions which they believe have a strong likelihood of resolving the instant dispute without need for further litigation;

(4)    Defendant and Plaintiff need additional time to complete these discussions;

(5)    Defendant and Plaintiff have conferred, and Plaintiff has assented to Defendant having an additional thirty (30) days to file a responsive pleading to Plaintiff's Complaint so as to allow these discussions to continue (*see* **Exhibit 1**);

(6)    The thirtieth day after July 3, 2026 is August 2, 2026;

(7)    Because August 2, 2026 is a Sunday, Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be August 3, 2026 pursuant to Federal Rule of Civil Procedure 6(a)(1)(C);

(8)    Because of the July 4th holiday, Defendant has been unable to obtain counsel for Plaintiff's signature on a joint stipulation, but will confer with Plaintiff as soon as possible to file a joint stipulation to extend in addition to the instant Application; and

(9)    The extension is sought for good cause, is not for needless delay, and is in the interest of justice.  The requested extension will provide Defendant and Plaintiff a meaningful opportunity to continue their productive discussions regarding settlement, potentially avoiding the need for future motion practice and obviating the need for further litigation.

WHEREFORE, Defendant respectfully requests that the Court issue an order extending the deadline for Defendant ADP, Inc. to file a responsive pleading to Plaintiff's Complaint until August 3, 2026.

Dated: July 3, 2026                    Respectfully submitted,

                                       **SEYFARTH SHAW LLP**
                                       Attorneys for Defendant


                                       By: _____
                                           Tracee E. Davis
                                           K. Scott Bays (*pro hac vice to be filed*)
                                           Owen R. Wolfe
                                           620 Eighth Avenue, 32nd Floor
                                           New York, NY 10018-1405
                                           Phone: (212) 218-5500
                                           Facsimile: (212) 218-5526
                                           Email: tdavis@seyfarth.com
                                           Email: ksbays@seyfarth.com

3

## **ORDER**

The above application is ORDERED GRANTED and the time within which Defendant ADP, Inc. shall answer, move, or otherwise respond to Plaintiff 329 Hospitality LLC's Complaint is extended for a period of thirty (30) days pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.  Because the thirtieth day falls on a Sunday, Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be August 3, 2026 pursuant to Federal Rule of Civil Procedure 6(a)(1)(C).

**IT IS SO ORDERED.**

ORDER DATED: _____

_____
Hon. Claire C. Cecchi
United States District Judge

4

# EXHIBIT 1

| | |
|---|---|
| **From:** | Michael Miles <mmiles@brownconnery.com> |
| **Sent:** | Friday, June 26, 2026 2:32 PM |
| **To:** | Bays, Scott |
| **Cc:** | Davis, Tracee E. |
| **Subject:** | RE: 329 Hospitality Group LLC v. ADP, Inc - DCNJ 2-26-cv-0590 - Complaint |

**This Message Is From an External Sender**

This message came from outside your organization.

Scott,

I have shared this with my client and have been authorized to consent to a 30-day extension of the current deadline to allow the parties an opportunity to pursuant negotiations.

Best,



**Michael J. Miles, Esq.**
Partner
***BROWN & CONNERY, LLP***
360 Haddon Avenue, Westmont, NJ 08108
Office:  (856) 854-8900    Fax:  (856) 858-4967
mmiles@brownconnery.com
www.brownconnery.com [brownconnery.com]

**From:** Bays, Scott <ksbays@seyfarth.com>
**Sent:** Friday, June 26, 2026 5:16 PM
**To:** Michael Miles <mmiles@brownconnery.com>
**Cc:** Davis, Tracee E. <tdavis@seyfarth.com>
**Subject:** 329 Hospitality Group LLC v. ADP, Inc - DCNJ 2-26-cv-0590 - Complaint

**\*This is an EXTERNAL email. STOP. THINK! DON'T click links or open files unless you know the sender!\***

Michael,

Thank you again for the productive call this morning.  Based upon that call, ███████████████████████
███████████████████████  As we relayed to you, ADP has strong interest in engaging good faith settlement discussions to determine whether a settlement can be reached before legal costs begin mounting for both parties.

1

We will present your client's demand to ADP today and will work to get you and your client a meaningful, good-faith counteroffer as quickly as possible.

Again, we firmly believe the parties can reach an amicable settlement and that our time (and our respective clients' expense) would be best spent focused on those efforts.  While we will work on developing a counteroffer over the next couple days, there may be some delay in conveying that offer due to conflicting vacation schedules and our ability to obtain the necessary approvals.  We anticipate further negotiations will occur even once we present ADP's counteroffer.  With this in mind, we think a 30-day extension of ADP's time to respond to your client's Complaint makes sense so we may focus on seeing if the parties can reach a resolution.

Please let me know your position as soon as you are able and thank you again for the call this morning.  We look forward to continuing to work with you in resolving this matter.

Best,

Scott

**Scott Bays** | Associate | Seyfarth Shaw LLP
2029 Century Park East | Suite 3500 | Los Angeles, California 90067-3021
Direct: +1-310-201-5214
ksbays@seyfarth.com | www.seyfarth.com [linkprotect.cudasvc.com]



CONFIDENTIALITY WARNING:  This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited.  If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

CONFIDENTIALITY NOTICE: This e-mail and any accompanying documents contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this e-mail in error, please reply as such and delete the e-mail.