BROWN & CONNERY, LLP
Michael J. Miles, Esq. (ID No. 024862005)
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900

*Attorneys for Plaintiff 329 Hospitality Group LLC*

Tracee E. Davis
Attorney No.: No. 022821992
**SEYFARTH SHAW LLP**
620 Eighth Avenue, 32nd Floor
New York, NY 10018-1405
(212) 218-5500
(212) 218-5526

K. Scott Bays
(*Pro hac vice to be filed*)
**SEYFARTH SHAW LLP**
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
(310) 277-7200
(310) 201-5219

*Attorneys for Defendant ADP, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| 329 Hospitality Group LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADP, Inc.,<br><br>Defendant. | CIVIL ACTION NO.: 2:26-cv-05190<br><br>**STIPULATION AND APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO L. CIV. R. 6.1(b)** |

Pursuant to District of New Jersey Local Civil Rule 6.1(b), Plaintiff 329 HOSPITALITY GROUP LLC ("Plaintiff") and Defendant ADP, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and respectfully request that the time for Defendant to respond to Plaintiff's Complaint be extended by thirty (30) days. Because the thirtieth day – August 2, 2026 – falls on a Sunday, Defendant would have up to and including August 3, 2026 to file a response to Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 6(a)(1)(C). Plaintiff and Defendant represent that:

(1)      Service of the Summons and Complaint in this matter was effected upon Defendant on May 13, 2026;

(2)      Defendant's deadline to file a responsive pleading to Plaintiff's Complaint was previously extended to July 3, 2026;

(3)      Defendant and Plaintiff are engaged in good faith settlement discussions which they believe have a strong likelihood of resolving the instant dispute without need for further litigation;

(4)      Defendant and Plaintiff need additional time to complete these discussions;

(5)      Defendant and Plaintiff have conferred, and Plaintiff has assented to Defendant having an additional thirty (30) days to file a responsive pleading to Plaintiff's Complaint so as to allow these discussions to continue;

(6)      The thirtieth day after July 3, 2026 is August 2, 2026;

(7)      Because August 2, 2026 is a Sunday, Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be August 3, 2026 pursuant to Federal Rule of Civil Procedure 6(a)(1)(C); and

(8)      The extension is sought for good cause, is not for needless delay, and is in the interest of justice.  The requested extension will provide Defendant and Plaintiff a meaningful opportunity to continue their productive discussions regarding settlement, potentially avoiding the need for future motion practice and obviating the need for further litigation.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court issue an order extending the deadline for Defendant ADP, Inc. to file a responsive pleading to Plaintiff's Complaint until August 3, 2026.

2

Dated: July 3, 2026

Respectfully submitted,

BROWN & CONNERY, LLP

By: _____
Michael J. Miles

*Attorneys for Plaintiff 329 Hospitality Group LLC*

Dated: July 3, 2026

Respectfully submitted,

**SEYFARTH SHAW LLP**
Attorneys for Defendant

By: _____
Tracee E. Davis
K. Scott Bays (*pro hac vice to be filed*)
620 Eighth Avenue, 32nd Floor
New York, NY 10018-1405
Phone:  (212) 218-5500
Facsimile:  (212) 218-5526
Email: tdavis@seyfarth.com
Email: ksbays@seyfarth.com

3

**ORDER**

The above application is ORDERED GRANTED and the time within which Defendant ADP, Inc. shall answer, move, or otherwise respond to Plaintiff 329 Hospitality LLC's Complaint is extended for a period of thirty (30) days pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.  Because the thirtieth day falls on a Sunday, Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be August 3, 2026 pursuant to Federal Rule of Civil Procedure 6(a)(1)(C).

**IT IS SO ORDERED.**

ORDER DATED: _____

_____
Hon. Claire C. Cecchi
United States District Judge